PBT

RECEIVED MAY 14 2018

IN THE UNITED STATES DISTRICT COURT FOR THE

RATEEKALIAH  57330-004
(full name)      (Register No.)

Plaintiff(s).

Case No. 18  2078

MS. MARTINEZ
(Full name)
MR. BUSHMAN
MR. MAGAYOR
Defendant(s). MR RODARNEL, UNIT MANAGER / WARDEN WHITE.
LT. ~~METCALFE~~, LT. ~~TYSON~~, ~~C/O HELMS~~.

Defendants are sued in their (check one):
___ Individual Capacity
___ Official Capacity
___ Both

**COMPLAINT PURSUANT TO 28 U.S.C. § 1331**

I. Place of present confinement of plaintiff(s): USP ALLENWOOD
P.O BOX 3000, WHITEDEER, PA, 17887

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff  RATEEK ALIAH     Register No. 57330-004
   Address   P.O BOX 3000, WHITE DEER, PA, 17887

B. Defendant  MS MARTINEZ
   Is employed as  NURSE SUPERVISOR

For additional plaintiffs or defendants, provide above information in same format on a separate page.

MR RODARNEL
SAME ADDRESS AS ABOVE
EMPLOYED AS UNIT MANAGER

MR. D.K. WHITE
SAME ADDRESS
EMPLOYED AS WARDEN

DEFENDANTS

C. DEFENDANT: MR. BUSHMAN

IS Employed AS: DOCTOR.

D. DEFENDANT: MR. MAGAJOR

IS Employed AS ASSISTANT CLINICAL DIRECTOR

~~E. DEFENDANT: [illegible]~~

~~IS Employed AS: [illegible].~~

~~F. DEFENDANT: [illegible]~~

~~IS Employed AS: LIEUTENANT~~

~~G. DEFENDANT: [illegible].~~

~~IS Employed AS: [illegible]~~

E. POTETE.

IS Employed AS CLINICAL DIRECTOR.

F. MR. KNEPP.

IS Employed AS CHAPLAIN.

G. MR. CIESLUKOWSKI

IS Employed AS CHAPLAIN.

H. MR. BURKE

IS Employed AS CASE MANAGER.

I.

IS Employed AS UNIT MANAGER.

(2)

III. Do your claims involve medical treatment? Yes ✓  No ____

IV. Do you request a jury trial? Yes ✓  No ____

V. Do you request money damages? Yes ✓  No ____
State the amount claimed? $ 1,000,000 / 2,000,000 (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur? Yes ✓  No ____

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure? Yes ✓  No ____

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? Yes ✓  No ____

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)
_____
_____
_____

D. If you have not filed a grievance, state the reasons.
_____
_____
_____

VIII. Previous civil actions:
1. A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case: Yes ✓  No ____

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated? Yes ✓  No ____

C. If your answer is "yes," to either of the above questions, provide the following information for each case.

(1) Style: __KATEEK AlIAH__ | __DOCTOR RUTLEDGE ECT. 21.__
           (Plaintiff)            (Defendant)

(2) Date filed: _____

(3) Court where filed: __CENTRAL DISTRICT OF CALIFORNIA__

(4) Case Number and citation: __17-1748__

3

(5) Basic claim made: _1ST AMENDMENT free SPEECH VIOLATION_

(6) Date of disposition: _PENDING_

(7) Disposition: _____
      (Pending) (on appeal) (resolved)

(8) If resolved, state whether for: _____

      (Plaintiff) or (defendant

For additional cases, provide the above information in the same format on a separate page.

IX.   Statement of claim:

A.    State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

_SEE ATTACHED._

B.    State briefly your legal theory or cite appropriate authority:

_1ST AMENDMENT RIGHT TO FREEDOM OF SPEECH VIOLATION._
_MEDICAL NEGLIGANCE VIOLATING DUE PROCESS RIGHTS._

Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.

(4.)

MR AllAH CAME TO USP AllEN
HEBREW ISREALITE PASSOVER HOLY D[...]
THE CHAPLAIN CIeSLUKOWSKi AND [...]
GOT TO AllENWOOD, AND HE NEEDED TO [...]
PASSOVER LIST. HE TOLD MR AllAH. that
PARTICIPATE. MR AllAH then left, But
to him ABOUT KOSHER MEAL. A C[...]
WAS SPEAKING TO HIM, telling HIM t[...]
AND that HE WAS HEBREW. CIeSLUKO[...]
CAUCASIAN INMATE THAT HE CAN COM[...]
IN THE EVENING, AND that HE Wi[...]
MR. AllAH RETURNED AND CONFRONTE[...]
AND told HIM that HE WAS GOING
CIeSLUKOWSKi STATED, "you Wi[...]
Get Anything FROM this CHAPLA[...]
MR AllAH went to CHAPLAIN KNEPP[...]
Common FARE MEAL. WHICH IS the
the HEBREW ISREALITES. MR Knepp[...]
test to Be Sure I QUALIFY. MR[...]
All the QUESTIONS CORRECTLY. CH[...]
DENIED MR AllAH HIS RELIGIOUS M[...]
ASKED WHY DID HE DENY HIM.

Mr Allah came to USP Allenwood during the Hebrew Isrealite Passover Holy Days. Mr Allah seen the Chaplain Cleslukowski and told Him that He just got to Allenwood, and He needed to be placed onto the Passover List. He told Mr Allah that it was too late to participate. Mr Allah then left, but went back to speak to Him about Kosher meal. A Caucasian inmate was speaking to Him, telling Him that He just got there and that He was Hebrew. Cleslukowski told the Caucasian inmate that He can come to Passover service in the evening, and that He will sign Him up. Mr. Allah returned and confronted Cleslukowski and told Him that He was going to write Him up. Cleslukowski stated, "You will definetly not get anything from this chaplain office now!" Mr Allah went to Chaplain Knepp to sign up for Common Fare meal, which is the Kosher meal for the Hebrew Isrealites. Mr Knepp gave me a test to be sure I qualify. Mr Allah answered all the questions correctly. Chaplain Knepp denied Mr Allah his Religious meal. Mr Allah asked why did He deny Him.

Mr Knepp told Mr Allah that he got the question as to why he needed the religious meal. Mr Allah told him the Old Testament chapter LEVITICUS, that states all the diets given to the Hebrew Isrealites to Moses from Yahweh. This is the correct answer. Chaplain Knepp is showing racial prejudice to Mr Allah, because he is of Black Heritage. Cleslukowski and Knepp is white washing the Hebrew Isrealite belief. Mr. Knepp and Cleslukowski both predujice towards Mr Allahs Hebrew Isrealite religion because it is a Black based belief, taught and founded by Mr Yahweh Ben Yahweh in Miami Florida. They belief that Hebrews should be white. This was voiced by both Knepp and Cleslukowski. They both told Mr Allah that he has no space on the chapel that you have to go in a recognized Allenda. prison to checkout videos or books. They both don't allow Mr Allah to participate in anything. They said, If you become Christian maybe we can help you. Mr Allah has been on kosher meal twice. And should automatic be placed on kosher meal. He already prove he know answers.

Ms. Martinez,

Mr. Allah arrived at USP Allenwood in March of 2018. Ms. Martinez was the nurse who admitted Mr Allah at R and D. Ms. Martinez then accused Mr Allah of lying about something. She stated she don't know what is was Mr Allah lied about. But she made a threat to Mr Allah at that time, stating that she was going to burn Mr Allah. She stated " you dont know me, I will burn you and take your wheelchair". Mr Allah was stunned, because Mr Allah cannot walk, due to his terminal illness, i.e brain infection, i.e. "PML". The taking of Mr Allahs wheelchair in the past has occured, only done as retaliation for Mr. Allah filing grievances on prison staff. The next day, Mr Allah attempted to enter the building to go to pill line. The correctional officer advised Mr Allah that Ms Martinez called them and made them aware that Mr Allah was lying about not being able to walk, and that he should be made to get out of chair to walk thru metal detector. Mr Allah tried to tell the officer that Ms. Martinez is mistaken, because he cannot walk at all. The officer then called Lt McMahon. Lt McMahon came down and threaten Mr Allah. He told Mr Allah that if he didnt clear the detector, that he will strip search Mr Allah, and take him to confinement.

MS. MARTINEZ HAD ALL THE LIEUTENANTS ON HER SIDE TO GIVE MR ALIAH A HARD TIME AND TO DRIVE MR ALIAH TO SELF HARM. MR ALIAH WENT TO THE PYCHOLOGIST AND TOLD HER THAT THE RETALIATION WAS GOING TO MAKE MR ALIAH KILL HIMSELF. MR ALIAH FILED A PRELIMINARY INJUNCTION IN PHILADELPHIA DISTRICT COURT, USING A CASE NUMBER FOR CENTRAL CALIFORNIA. CASE # 17-1748.

MS. MARTINEZ WAS UPSET THAT MR ALIAH WROTE HER UP AND DECIDED TO GET CORRECTIONS TO TRY AND GET MR ALIAH TO GET OUT OF HIS CHAIR WHEN MR ALIAH CANNOT. MR ALIAH WAS FORCED TO CRAWL THRU THE DETECTOR AND TRIED TO STAND AND FELL DOWN AND HURT HIMSELF. THEY DIDN'T CALL MEDICAL FOR MR ALIAH. MS MARTINEZ KNOWS MR ALIAH IS SUICIDAL, AND SHE TRIED TO GET MR ALIAH TO HARM HIMSELF. MR ALIAH HAS MADE MANY TRIPS TO PYCHOLOGY AND SPOKE OF SELF HARM TO DR. MUIRINE. SHE TALK MR ALIAH OUT OF IT. THIS CAUSED BY MS MARTINEZ AND HER EFFORTS TO RETALIATE ON MR ALIAH FOR WRITING HER UP. SHE HAS ACCOMPLISHED STOPPING MR ALIAH FROM TAKING HIS HIV MEDS AND MENTAL HEALTH MEDICINE. MR ALIAH HAS BEEN DETOURED FROM DOING SO, FOR LACK OF TRUST FROM THAT DEPARTMENT.

Ms. Martinez seen me at pill line and stated, "You see when you write me up, I sick the dogs on you, and you'll end up in the SHU." She further added "You keep it up and I'll get your chair and everything took from you." I asked her, Is that why you got Ms. Nolety to lie on me, saying she seen me walking?" She responded, "You know they are all on my side, I'm the boss." Ms. Martinez is in cahoots with medical staff to falsify my medical records - falsely claiming that Mr. Allah can walk, and he cannot walk, due to terminal illness in his brain. Ms. Martinez violated Federal law, i.e. HIPPA, i.e. Privacy Act. She told correctional officers what was in his records. So that they could harass him. They have detoured me from taking my (HIV) medicine. He is scared to deal with anyone in medical services. Mr. Allah does not trust anyone in medical, due to their coordinated efforts to hurt Mr. Allah physically and to get him sent to confinement. i.e. Retaliation.

LT. MCMAHON FURTHER ADDED THAT WHILE HE IS AT USP ALLENWOOD. THAT HE WILL WALK THRU THE DETECTOR. OR GO TO THE CONFINEMENT. MR ALLAH CANNOT WALK, SO HE GOT ON THE GROUND AND CRAWLED THRU THE DETECTOR. MR ALLAH CAN NO LONGER ATTEND EVENING MEALS, BECAUSE LT. MCMAHON STANDS AT THE DETECTOR WAITING ON MR ALLAH TO SHOW, TO TRY AND MAKE HIM GO THRU THE DETECTOR. LT. MCMAHON IS STOPING MR ALLAH FROM EATING EVENING MEALS. MR ALLAH THEN WROTE MS. MARTINEZ UP, FOR USING A BIAS DOCTORS MEDICAL REPORT, FALSELY CLAIMING MR ALLAH CAN WALK. AS RETALIATION FOR WRITING UP PRISON STAFF. MS. MARTINEZ THEN SEEN MR ALLAH IN THE CHOW HALL AND SEEN HE HAD A URINAL. SHE ASKED MR ALLAH HOW DID HE GET THE URINAL. AND HE RESPONDED THAT DOCTOR BUSHMAN GAVE IT TO HIM. SHE WENT AND GOT A LIEUTENANT TO CONFICATE THE URINAL. MR ALLAH NEEDS THE URINAL, OR HE WILL URINATE ON HIMSELF. THIS IN ITSELF IS RETALIATION. MR ALLAH ATTENDED PILL LINE AND MS. MARTINEZ WAS THERE AND SHE TOLD MR ALLAH. THE FOLLOWING: "I DON'T CARE IF YOU WRITE ME UP, BECAUSE I'LL HAVE THEM LAY IT ON YOU THICK. YOU WILL NEVER WIN!" SHE ALSO STATED "I DON'T CARE IF YOU PISS ON YOURSELF" MR ALLAH HAS BEEN ASSAULTED BECAUSE HE KEPT URINATING ON HIMSELF AT OTHER PRISONS. MR ALLAH TOLD MS MARTINEZ AND BUSHMAN SHE STATED "I HOPE THEY KICK YOUR ASS AGAIN."

WHEN A PERSONS CD4 IS UNDER FIFTY, IS IS CONSIDERED CARE LEVEL FOUR. CARE LEVEL FOUR INMATES ARE HOUSED IN A (FBOP) MEDICAL CENTER. WHICH CONSIST OF 24 HOUR NURSING OR LONG TERM CARE. (FBOP) MEDICAL CENTERS ALSO TREAT TERMINAL ILLNESSES. MR. ALLAH HAS FULL BLOWN AIDS FOR OVER 15 YEARS AND HIV DIAGNOSES FOR OVER 20 YEARS. MR. ALLAH WAS GIVEN 3-6 MONTHS TO LIVE IN JUNE 2013 WHILE IN (ICU) AT UNION HOSPITAL IN TERRE HAUTE, INDIANA. THEN WHEN TRANSFERED TO MEDICAL CENTER IN SPRINGFIELD, MISSOURI, MR ALLAH WAS GIVEN 18 MONTHS TO LIVE. THEN IN 2014 MR ALLAH WAS GIVEN 3-5 YEARS TO LIVE. MR ALLAH IS IN HIS LAST STAGE OF LIFE. IN ADDITION, MR ALLAH WAS DIAGNOSED WITH (PML), WHICH IS A OPPORTUNISTIC INFECTION IN HIS BRAIN. WHICH HAS NO MEDICINE OR TREATMENT. THIS IS WHAT IS SAID TO GIVE MR ALLAH THE SHORT LIFE EXPECTANCY. WHILE IN THE PENITENTIARIES. MR ALLAH HAS BEEN ASSAULTED BY GANGS, WHO DEEM IT DISRESPECTFUL TO DEFICATE ON SELF, AND URINATE ON SELF. MR ALLAHS MEDICAL DESCREPANCIES HAVE BEEN CONFLICTING WITH THE HEALTHY PENITENTIARY POPULATIONS. MR ALLAH EXPLAINED THIS TO DOCTOR BUSHMAN UPON ARRIVING AT USP ALLENWOOD. DOCTOR BUSHMAN DISREGARDED MR ALLAHS COMPLAINT. WHEN MR ALLAH LEFT USP VICTORVILLE IN OCTOBER 31st, 2017 HIS CD4 WAS 52. MR ALLAH HAS NOT TOOK HIS MEDICINE SINCE. AND WHEN MR ALLAH CAME TO USP ALLENWOOD ON FEB 27, 2018, HIS BLOOD WAS DRAWN. IT WAS SAID THAT HE HAD 92

MR ALLAH WAS TRANSFERED FROM F.C.I ESTILL IN SOUTH CAROLINA. THE UNIT TEAM OVERSCORED MR ALLAH GIVING HIM MEDIUM POINTS, THEN PLACING A MANAGEMENT VARIABLE ON HIM. MANAGEMENT VARIABLES ARE DESIGNED TO BUMP A INMATE UP A CUSTODY LEVEL. FOR EXAMPLE: IF YOU ARE LOW CUSTODY, YOU ARE BUMP UP TO MEDIUM CUSTODY.

F.C.I ESTILL UNIT TEAM MALICIOUSLY OVERSCORED ME TO BE MEDIUM POINTS. THEY DID THIS BY WRONGFULLY SAYING MR ALLAH HAD SERIOUS VIOLENCE WITHIN FIVE YEARS, WHICH GAVE HIM A ADDITIONAL TWO POINTS, MAKING HIM MEDIUM POINTS. THEN WHEN THE MANAGEMENT VARIABLE WENT ON, MR. ALLAH WAS BUMP UP TO PENITENTIARY POINTS, AND SENT TO THE PENITENTIARY. BEFORE MR ALLAH RECIEVED A INCIDENT REPORT FOR MINOR ASSAULT. THIS CASE HAS BEEN PENDING VIA 2241 IN OCALA, FLORIDA. CASE # _____.

ITS BEEN PENDING FOR OVER A YEAR AND MR ALLAH IS EXPECTING TO WIN AT THE DISTRICT COURT LEVEL. MR ALLAH WAS DESIGNATED TO GO TO A LOW CUSTODY PRISON BEFORE HE RECIEVED THE REPORT. NOW MR ALLAH WAS WRONGFULLY SENT TO PENITENTIARY. AND THIS IS ALL RETALIATION FOR FILING GRIEVANCES. NOW SINCE BEING IN PENITENTIARY, MR ALLAH HAS BEEN ASSAULTED TWICE BY PEN INMATES WITH HIGH CUSTODYS. NOW CASE MANAGER BURKE AND MR RODARMEL REFUSE TO LET ME GO BACK TO F.CZ. DESPITE MY POINTS BEING MISCALCULATED. THEY POINT OUT THAT I WROTE STAFF UP TOO MANY TIMES.

Doctor Bushman knows that it was predicted that Mr Allah's life expectancy will be over this year 2018. But Doctor Bushman cosigns all of Ms. Martinez and Nolety's retaliation. And he knows that there retaliation has detoured Mr Allah from taking the medication and that he will die this year. Doctor Bushman told Mr Allah " I Dont care if you die this year or Live. Its up to you. I back my staff by all means. If you die, you die, I Dont care." This coordinated efforts by Doctor Bushman and Ms Martinez and others, have built a wall of distrust with Mr Allah and all of Us p Allenwoods medical staff and Mr Allah is unable to go to pill line to take medication because they have C/O Lane at the entrance, trying to get Mr Allah to fight with staff and to do something to be put into SHU. C/O Lane stated " I spoke to Bushman And Martinez and they told me to make you get out of your chair. Because your a fraud. And you can walk." It is well documented that Mr Allah's 'pml' unables him to Ambulate. Doctor Bushman is at fault and backs Ms Martinez's retaliation.

WARDEN WHITE VIOLATES MR ALLAHS DUE PROCESS Because He HAS MR ALLAH Here At USP Allenwood. THE CONCRETE SIDEWALKS ARE ALL DAMAGED, AS IF A EARTH QUAKE HIT them. THE SIDEWALKS HAVE ONE INCH OR TWO INCH BUMPS IN every CREASE. It IS Almost impossible to WHEEL over All those Humps, Just to get to the CHOW HALL And other places, LIBRARY, CHAPEL. COMMISSARY. ect. The Sound level in the units IS OVER WHElming. The Housing units are designed to House 64 INMATES, But Now they DOUBLE people up IN SINGLE MAN CELLS. THE DAY Room cannot Hold 128 people.

WARDEN WHITE VIOLATES MR. ALLAH'S DUE PROCESS RIGHTS BY PLACING HIM IN A OVERCROWDED HOUSING UNIT. THE UNIT WAS DESIGNED TO HOLD (64) INMATES. THEY TRANSFORMED THE CELLS THAT WERE SINGLE CELLS, INTO CELLS FOR TWO PEOPLE. THERE IS NOT ENOUGH SQUARE FEET FOR TWO INMATES PER CELL. FURTHERMORE THE DAY ROOM IS VERY SMALL. IMPOSSIBLE TO HOLD 124 INMATES. MR. ALLAH IS IN A WHEELCHAIR AND HAS TROUBLE MOVING FROM ONE SIDE OF THE UNIT TO THE OTHER. MR. ALLAH HAS HAD CONFRONTATIONS WITH OTHER INMATES, BECAUSE THEY SAY MR. ALLAH IS IN THE WAY. ALSO, THE NOISE LEVEL IS SO HIGH, JUST BY EVERYONE HAVING NORMAL CONVERSATION. ITS SO MANY PEOPLE IN A SMALL HOUSING UNIT, THAT IT MAY BE A FIRE HAZARD.

THERE IS NON-SUFFICIENT SPACE FOR INMATES, BECAUSE FOR EXAMPLE, ~~WHEN~~ A INMATE CANNOT GET UP, IF HIS CELLMATE IS STANDING UP. A PERSON HAS TO WAIT UNTIL HIS CELLMATE IS FINISHED BEFORE BEING ABLE TO STAND. THE COMMON KNOWLEDGE IS THAT USP ALLENWOOD WAS ORIGINALLY BUILT AS A WOMENS PRISON AND ALL THE CELLS WERE SINGLE INMATE CELLS. NOW THE (FBOP) HAS JAMMED 2 INMATES INTO A CELL THAT WAS DESIGNED FOR A SINGLE INMATE. THE NOISE LEVEL IN THE UNIT IS SO HIGH. A PERSON HAS TO LITERALLY YELL TO A PERSON IN FRONT OF HIM, JUST TO HAVE A CONVERSATION. THIS USP ALLENWOOD IS EXTREMELY OVERCROWDED. EVERYONE KEEPS TELLING MR ALLAH IN A WHEELCHAIR, THAT HE IS IN THE WAY. THEY DON'T HAVE HANDICAP TABLES IN THE CHOWHALL. THERE IS NOWAY MR ALLAH CAN OBTAIN A TRAY. THE INMATES ARE HOSTILE TOWARDS MR ALLAH IN THE UNIT AND IN THE YARD. THEY CLAIM MR. ALLAH IS IN THE WAY. ALL THE ENTERANCES HAVE BIG HUMPS IN WHERE THE WHEELCHAIR CANNOT CROSS OVER. THE UNITS WHERE BUILT FOR 64 INMATES WHEN IT WAS BUILT. NOW (FBOP) HAS SQUEEZED DOUBLE AMOUNT ALLOWED BY FSOP POLICY AND CASE LAW OF THIS OVERCROWDING HAS LEAD TO SEVERAL FIGHTS AMONGST THE INMATES.


X.   Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name.

N/A

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?      Yes _____   No (circled)

If so, state the names(s) and address(es) of each lawyer contacted.

_____
_____
_____

C. Have you previously had a lawyer representing you in a civil action in this court?      Yes _____   No (circled)

If so, state the lawyers name and address.

_____
_____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed (signed) this __May__ day of __9th__ 20_18_

_____
(Signatures of Plaintiff(s))

4